This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TRUDY ABRAMS,**

Plaintiff/Counterdefendant-Appellant ,

v.                                        **NO. 35,702**

**SCOTT ALMSBERGER,**

Defendant/Counterplaintiff-Appellee.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Sarah C. Backus, District Judge**

Emery Law Firm
Kelan Emery
Taos, NM

L. Helen Bennett P.C.
L. Helen Bennett
Albuquerque, NM

for Appellant

Alan Maestas Law Office, P.C.
Alan H. Maestas
Pamela S. Sullivan
Taos, NM

for Appellee

# MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Plaintiff appeals the district court's judgment in favor of Defendant and award of attorney fees. We issued a notice of proposed summary disposition proposing to affirm. Plaintiff has not filed a memorandum in opposition, but instead has filed a notice indicating she does not plan to filed such a memorandum. Therefore, for the reasons stated in out notice, we affirm.

{2}     **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**J. MILES HANISEE, Judge**